**DENIED and Opinion Filed March 21, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00223-CV

## IN RE BILLY WAYNE HORTON, Relator

**Original Proceeding from the County Court at Law No. 2**
**Rockwall County, Texas**
**Trial Court Cause No. 1-20-0837**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Breedlove

Before the Court is relator's March 10, 2023 petition for writ of mandamus.

Relator bears the burden of providing the Court with a sufficient record to show he is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator's petition is not properly certified. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding). Although relator has filed some unauthenticated documents, the petition is not supported by an appendix with certified or sworn copies of documents showing the matter complained, TEX. R. APP. P. 52.3(k)(1)(A), and relator did not file a record with his petition containing a certified or sworn copy of every document

that is material to relator's claim for relief and that was filed in the underlying proceeding, TEX. R. APP. P. 52.7(a)(1); *Butler*, 270 S.W.3d at 759. Relator also references a May 11, 2022 hearing, but relator did not provide a transcript of this hearing or provide a statement that no testimony was adduced in connection with the matter complained at that hearing. *See* TEX. R. APP. P. 52.7(a)(2). Without a certified petition and authenticated record, relator has not carried his burden. *See Butler*, 270 S.W.3d at 758–59.

Relator's petition also does not comply with the Texas Rules of Appellate Procedure in numerous other respects. For example, relator's petition is missing the following: the identity of the parties and counsel, a table of contents, an index of authorities, a concise description of the nature of any underlying proceeding, a concise description of the respondent's action from which the relator seeks relief, a statement of jurisdiction, a statement of the issues presented, a statement of facts supported by citations to competent evidence included in the appendix or record, argument with appropriate citations to authorities and to the appendix or record, and a prayer clearly stating the nature of the relief sought. *See* TEX. R. APP. P. 52.3(a)–(c), (d)(1), (d)(3), (e)–(i).

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

–2–

230223F.P05